PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent.— (Appeal No. 3.) — Order, on reargument, adhering to the original decision denying in part the plaintiff's motion for an examination of defendant before trial on certain issues raised by the amended reply, modified by directing that defendant be examined as to item numbered 22 of the notice of motion, in addition to the items specified in the order appealed from, and by providing that all books, papers and documents shall be produced for the purposes specified in section 296 of the Civil Practice Act. As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant. The appeal from the original order, dated September 13, 1940, is dismissed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent. (Appeal No. 4.) — Order, dated September 17, 1940, denying in part the plaintiff's motion to modify the defendant's demand for a bill of particulars of the amended reply, modified by vacating items numbered 14(g), 15(e) and 15(f) in the demand. As so modified, the order, in so far as appealed from, is affirmed, without costs. We disallow the foregoing items for the reason that acquiescence, as a defense, is based on silence or inaction. (*Pollitz* v. *Wabash R. R. Co.*, 207 N. Y. 113, 129.) To ask for particulars of acts constituting acquiescence is to ask the plaintiff to particularize a negative. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent. (Appeal No. 5.) — Order, dated October 10, 1940, denying plaintiff's motion for an examination of defendant before trial as to certain allegations of the complaint affirmed, without costs. Our determination in *Pepsi-Cola Company* v. *The Coca-Cola Company, Appeal No. 2* (261 App. Div. 927), decided herewith, affords the plaintiff the relief sought on the within motion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.